IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN S. LAKIN,<br>                    **Plaintiff,**<br><br>        v.<br><br>GENERAL BUILDING CONTRACTORS<br>ASSOCIATION, INC., and<br>EMILY L. BITTNEBENDER,<br>                    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  15-6395 |

## O R D E R

**AND NOW**, this 29th day of March, 2016, it having been reported that the issues

between the parties in the above action have been settled and upon Order of the Court pursuant

to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS**

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of

counsel, without costs.

                                        BY THE COURT:

                                        **/s/ Hon. Jan E. DuBois**

                                        _____

                                            **DuBOIS, JAN E., J.**